IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

STEVEN F. SHELTON                                                                                           PLAINTIFF

V.                                          NO. 1:06CV00048 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                  DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 3rd day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE